# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1401**
**CAF 14-00971**
PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF ROMARAH F.-O.
------------------------------------------------
ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;

                                    MEMORANDUM AND ORDER

MARY H., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

STEPHEN L. CIMINO, SYRACUSE, FOR RESPONDENT-APPELLANT.

ROBERT A. DURR, COUNTY ATTORNEY, SYRACUSE (CATHERINE Z. GILMORE OF COUNSEL), FOR PETITIONER-RESPONDENT.

CHRISTOPHER E. BURKE, ATTORNEY FOR THE CHILD, SYRACUSE.

--------------------------------------------------------------------------------------------------------

     Appeal from an order of the Family Court, Onondaga County (Michael L. Hanuszczak, J.), entered May 28, 2014 in a proceeding pursuant to Family Court Act article 6 and Social Services Law § 384-b. The order, among other things, terminated respondent's parental rights.

     It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

     Same memorandum as in *Matter of Aaliyah H.* ([appeal No. 1] ___ AD3d ___ [Dec. 31, 2015]).

Entered: December 31, 2015                Frances E. Cafarell
                                             Clerk of the Court